No. 87–1186. DUNCAN, CARROLL COUNTY COMMISSIONER, ET AL. *v.* CITY OF CARROLLTON, GEORGIA, BRANCH OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–1198. CROWN CORK & SEAL CO., INC. *v.* MCNASBY ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–1202. HUTTER NORTHERN TRUST ET AL. *v.* CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–1225. CHERRY HILL TOWNSHIP *v.* CAMDEN COUNTY BOARD OF TAXATION. Super. Ct. N. J., App. Div. Certiorari denied.

No. 87–1231. PENDERGRASS *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 87–1232. ROSE *v.* LONG ISLAND RAILROAD PENSION PLAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–1237. YEE *v.* SMITH ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–1238. LUND *v.* NORWEST BANK MINNEAPOLIS ET AL. C. A. 8th Cir. Certiorari denied.

No. 87–1272. PEEPLES *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 87–1273. WISLOCKI-GOIN *v.* MEARS, JUDGE, LAKE COUNTY SUPERIOR COURT, JUVENILE DIVISION, ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–1289. MCMAHON *v.* FRANKLIN MINT CO. C. A. 3d Cir. Certiorari denied.

No. 87–1300. BRUSGULIS *v.* JUSTICES OF THE SUPERIOR COURT OF MASSACHUSETTS. C. A. 1st Cir. Certiorari denied.